**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:   AMY ANDERSON
         1510 HUNTINGTON DR APT N-2    CASE NO.  17-bk-02557-CW3-13
         MURFREESBORO, TN 37130
            Debtor

         SSN: XXX-XX-9838

**NOTICE OF CREDITOR'S CORRECT ADDRESSES**

       Comes now the debtor, by and through the undersigned counsel, and hereby notifies this honorable court of the correct address on Schedule D for the following creditors in the above referenced case:

**OLD ADDRESS**

**1ST HERITAGE**
**1823 MEMORIAL BLVD**
**MURFREESBORO, TN 37129**

**CORRECT ADDRESS**

**1ST HERITAGE**
**235 W NORTHFIELD BLVD, STE B**
**MURFREESBORO, TN 37129**

                            Respectfully Submitted,

                            /S/ Mark Podis
                            Mark Podis #012216
                            Attorney for Debtor
                            1161 Murfreesboro Pike Suite 300
                            Nashville, TN 37217
                            Phone (615) 399-3800
                            Fax (615) 399-9794
                            Email – PodisBankruptcy@aol.com

## NOTICE TO CREDITORS

You are hereby notified that the Meeting of Creditors is held on May 25, 2017, at 8:30 AM at Customs House, 701 Broadway, Room 100, Nashville, TN 37203.  In order to have a claim allowed and to participate in the distribution of any dividend, a creditor must file a Proof of Claim, in duplicate, before August 23, 2017, with the US Bankruptcy Court Clerk, 1st Floor Customs House, 701 Broadway, Nashville, TN 37203. Photocopies of the Proof of indebtedness must be attached to the Proof of Claim.

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing notice has been delivered to the Chapter 13 Trustee, Henry E. Hildebrand, III, PO Box 340019, Nashville, TN 37203-0019, mailed to debtor, mailed to **1st Heritage, 235 W Northfield Blvd, Ste B, Murfreesboro, TN 37129,** to all interested parties and delivered to the US Trustee, Customs House, Ste 318, 701 Broadway, Nashville, TN 37203, copies were also sent via CM/ECF @ http://ecf.tnmb.uscourts.gov. on this the 24th day of April, 2017.

/S/ Mark Podis
Mark Podis #012216