Certificate Number: 15111-TNM-DE-034334480

Bankruptcy Case Number: 17-02557


15111-TNM-DE-034334480

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 12, 2020</u>, at <u>11:21</u> o'clock <u>PM EDT</u>, <u>Amy B Anderson</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Tennessee</u>.

Date: <u>April 12, 2020</u>       By: <u>/s/Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>